**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000052
08-MAY-2023
08:15 AM
Dkt. 47 OGMD**

NO. CAAP-22-0000052

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MS, Plaintiff-Appellee, v.
AS, Defendant-Appellant.

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(CASE NO. 2DV201000383)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Wadsworth and Chan, JJ.)

Upon consideration of Defendant-Appellant AS's (**Appellant**) December 19, 2022 Motion for and Notice of Dismissal of Appeal From Order Regarding Plaintiff's Motion Filed July 20, 2022 (Motion), the papers in support, the record, and there being no opposition,

IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed, under Hawai'i Rules of Appellate Procedure Rule 42(b).

DATED:  Honolulu, Hawai'i, May 8, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge